August 8, 2017



# **JUDGMENT**

## The Fourteenth Court of Appeals

CHANDLER, MATHIS & ZIVLEY, P.C., Appellant

NO. 14-17-00110-CV                    V.

JOBY HUGHES PLLC AND JOBY HUGHES, Appellees

_____

Today the Court heard the parties' joint motion to vacate the judgment signed by the court below on November 11, 2016. Having considered the motion and found it meritorious, we order the judgment **VACATED** and we **REMAND** the cause to the trial court for proceedings in accordance with this Court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellant, Chandler, Mathis & Zivley, P.C.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.